5  UNITED STATES DISTRICT COURT
6  EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7 JOHN THOMAS MUSIC,<br>8 Plaintiff,<br>9 v.<br>10 JAMES R. KEY,<br>11 Defendant. | NO. 4:17-CV-5006-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>TO DISMISS HABEAS PETITION |

BEFORE THE COURT is John Thomas Music's (Petitioner's) petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 6) and Respondent's Answer (ECF No. 11), which the Court has construed as a motion to dismiss, ECF No. 11, 16. Petitioner, a prisoner at the Washington State Penitentiary at Walla Walla, Washington, is proceeding *pro se*; Respondent is represented by Assistant Attorney General Paul D. Weisser. The parties have not consented to proceed before a magistrate judge.

1     The matter was submitted to the Honorable Magistrate Judge John T. Rodgers, who issued a Report and Recommendation (ECF No. 17). The R&R recommended denying the habeas petition as time barred and allowed the parties to submit written objections by August 7, 2017. No objection has been filed by either party. After reviewing all filings and liberally construing Petitioner's submissions in the light most favorable to him, the Court adopts the Report and Recommendation (ECF No. 17) and GRANTS Defendant's Motion to Dismiss.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's (construed) Motion to Dismiss (ECF No. 11) is **GRANTED**.

2. The Court **ADOPTS** the Report and Recommendation (ECF No. 17). Plaintiff's Petition for relief (ECF No. 6) is **DENIED**.

3. Each party to bear its own costs and expenses.

The District Court Executive is directed to **enter** this Order and Judgment accordingly, **furnish** copies to the parties, and **close** the file.

**DATED** August 25, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DISMISS HABEAS PETITION ~ 2