# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOHN THOMAS MUSIC,<br>*Plaintiff*<br>v.<br>JAMES R. KEY,<br>*Defendant* | Civil Action No. 4:17-CV-5006-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
    Defendant's (construed) Motion to Dismiss (ECF No. 11) is GRANTED.
    Plaintiff's Petition for relief (ECF No. 6) is DENIED.
    Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on Report and Recommendation.

Date: August 25, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
    *(By) Deputy Clerk*

Linda L. Hansen